**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6869**

UNULA BOO SHAWN ABEBE,

                Plaintiff - Appellant,

        v.

RICHLAND COUNTY, COLUMBIA POLICE DEPARTMENT, CITY OF,

                Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Margaret B. Seymour, District Judge.  (0:09-cv-02469-MBS)

Submitted:  October 19, 2010        Decided:  October 28, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unula Boo Shawn Abebe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Unula Abebe, a state prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abebe v. Richland Cnty., No. 0:09-cv-02469-MBS (D.S.C. June 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED